BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Kraig Levon Tatum § Case No.: 05–10203–rlj7
Amanda Michelle Tatum § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  6/27/05                FOR THE COURT:
                               Tawana C. Marshall, Clerk of Court